83,113-01

* Court of Criminal Appeals of Texas

Abel Acosta, Clerk

P.O. Box 12308, Capitol Station

Austin, Texas 78711

(512)-463-1551 or 1553

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 19 2015

Abel Acosta. Clerk

RE: Complaint of Life-Endangerment, Premeditated Murder, Retaliation, and the
Criminal Activity by State Employees Acting Under Color of State.

Dear Sir,

COMES NOW, Roger Dale Dean, TDCJ No. 1068114, I am presently incarcerated in the Texas Department of Criminal Justice, on the Mark W. Michael Unit in Anderson County, Texaas. I certify and declare under penalty of perjury that the foregoing is true and correct.

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS, as the Affiant, I earnestly make this Complaint regarding both Felony and Misdemeanor acts and omissions by Dr. Paul W. Shrode, M.D., hereinafter referred to as Defendant, a contract employee for the Texas Department of Criminal Justice through the University of Texaas Medical Branch, on the Mark W. Michael Unit located in Anderson County, Texas. The Defendant has and continues to knowingly and intentionally kill me unlawfully and with premeditated murder as an act of Retaliation by ordering my execution through other staff, all becaause I and my Criminal Trial Attorney exposed his acts of Aggravated Perjury during false testimony he gave as a witness for the State during my Death Penalty trial (Cause No. 0852518-A). He falsely testified for the State that he was a Certified Forensic Pathologist, that he had performed hundreds of autopsies in the last year; his testimony-if believed-would have got me the lethal injection, and I would be dead now.

He has now been stalking me for this is his course to knowingly and intentionally kill me unlawfully with premeditated murder on account of the evidence I used to expose his fabricated history. My death penalty trial was in Harris County, in 2001, the Defendant resided in El Paso and Houston. For reason(s) unknown the Defendant is not only assigned to the Infirmary on the Mark W. Michael Unit, he is now my physician, and he on many accounts has unprovokingly denied and blocked me from being treated and has commanded his coworkers all to refuse me any treatment. Because of him I now have permanent handicaps to both my hands caused by staff who outright tortured me by bending them to the point of permanent injury. I am in need of hospitilization and physical therapy. I am compelled to perform duties in the Kitchen that is extremely hazardous to my health and safety for I am haphazard to dropping extremely

Page 1

hot inserts of foods weighing over 35-45 pounds, I have burns covering my arms froms reaching within hot ovens big enough to swallow me whole, and just recently I have swolling/swelling, bruised-inflammation, severe pain, and fever to my legs due to a storage hot box that fell on my legs (it was full of hot foods). The Defendant has ordered all his coworkers NOT to treat me, for he is my physician.

I presently have my criminal conviction on appeal, it is pending under Cause No. WR-83,113-01. I strongly believe it is unfair how some people are above-and-beyond the laws of the land; how they can commit felony and misdemeanor acts and do these acts in the very presence of our high Courts, and are not held accountable. He said he gave testimony and did autopsies for over hundreds of cases, how many people died due to his false practices and perjured history that he doctored for the sole purpose of getting a death penalty conviction?

I have on my person and within my property the very testimony he gave during my death penalty trial, and he knows this. I hurt his job history and has made him very angry to the point of Retaliation. He will not stop until one of us id dead, and I have plans to enjoy my family in the privacy of our own estate. This is why I am contacting your offices, because you have the authority to transfer me to another facility and to use the resources to inquire into the history of the Defendant who has used his perjured history to kill people. I am URGENTLY awaiting your response-and-action for this matter is important, critical and demanding. Thank you for your time and attention to this URGENT matter.

Date: May 11, 2015

Respectfully submitted,

Roger Dale Dean, Pro Se
1068114, Mark W. Michael Unit
2664 F.M. 2054
Tennessee Colony, TX 75886
(903)-928-2311/FAX-928-2197

CC: File

Page 2-of-2